# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-cr-00099-DKW-10 |
| CASE NAME: | USA v. (10) Hunter J. Wilson |
| ATTYS FOR PLA: | Mark A. Inciong<br>Michael David Nammar |
| ATTY FOR DEFT: | (10) Andrew M. Kennedy |
| U.S. Pretrial Officer: | Erin Patrick |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | AT&T Service |
| DATE: | 07/21/2020 | TIME: | 10:53 - 11:07 |

COURT ACTION:   EP:   TELEPHONIC DETENTION HEARING held.

Defendant is in custody and present via telephone from the Federal Detention Center.

Mr. Kennedy represents that the Defendant waives his right to appear in person and consent to appear via telephone. Court conducted a colloquy with Defendant. Defendant confirms counsel's representation.

Arguments heard.

Court taking judicial notice of the documents on file and having considered the report prepared by Pretrial Services, the Court DENIES [28] Government's Motion to Detain Defendant Without bail. Government to prepare the Order.

The Court advised the defendant of the following conditions of release and informed the defendant that the Pretrial Services officer can answer any questions about these conditions of release.

Bail set at **$ 50,000.00 UNSECURED Bond** with the following conditions:

(7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services. You are required to inform Pretrial Services within 24 hours of any contact with law

enforcement, including but not limited to, any arrest, questioning (excludes instant offense), or traffic stop.
(7c) Maintain or actively seek employment, as directed by Pretrial Services.

(7g2) Do not apply for/obtain a passport.

(7h3) Travel is restricted to: the island of Oahu.

(7i) Do not change residence without the advance approval of Pretrial Services.

(7m1) Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case.  The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.

(7p2) Comply with the Location Monitoring program under the direction of Pretrial Services.  The Court authorizes release under the HOME DETENTION restriction which restricts you to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities pre-approved by Pretrial Services. Pretrial Services is authorized to conduct the initial home installation on a delayed basis.

(7p5) You must abide by the program requirements and instructions of Pretrial Services related to the proper operation of the specified Location Monitoring technology: PASSIVE GLOBAL POSITIONING SATELLITE (GPS) MONITORING.

(7s2) You are prohibited from possessing or having access to any firearm, ammunition, destructive device or other dangerous weapon.  Immediately surrender all firearms, ammunition, destructive devices, and other dangerous weapons to an agent approved by Pretrial Services.

(7t2) Do not consume any alcoholic beverages or products containing alcohol while at the halfway house/treatment program, as prohibited by program rules. No alcohol use while residing at MOKA House.

(7u1) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

(7v2) To ensure compliance with the restriction on illicit drug use, submit to random drug detection testing and a substance abuse assessment and participate in any recommended treatment as approved by Pretrial Services.  Do not obstruct, attempt to obstruct, or tamper with the drug detection testing process in any manner.

(7w1) To ensure compliance with the restriction on alcohol use, submit to random alcohol detection testing including remote alcohol testing devices, as approved by Pretrial Services.  Do not obstruct,

attempt to obstruct, or tamper with the alcohol detection testing process in any manner.

(7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

(8s) You are prohibited from participating in any form of gambling; being in the presence of any illegal gambling; entering or frequenting any business, residence, or area where gambling activities have occurred or are presently occurring; and associating with any persons engaged in gambling or any known gamblers.

(9a) In conjunction with the Ho'okele program, the Court authorizes the defendant to participate in voluntary stress and anxiety counseling as arranged by Pretrial Services.

**Other Conditions:**

1. You must reside at the Makana O Ke Akua, Inc. (MOKA) housing. You are required to abide by all of the rules of the MOKA House program.

2. Release is delayed pending bed space availability at Makana O Ke Akua (MOKA) House and the installation of GPS equipment.

3. The Federal Detention Center - Honolulu is authorized to release the defendant from custody upon written notice by the Pretrial Services Office that the conditions of release have been satisfied.

After the Court discussed the above conditions of release with the defendant, the Court advised that the defendant could be brought back before the Court for any violations. The defendant affirmed that he understood the above conditions of release and agrees to be bound by these conditions.

These minutes will serve as the Bail Conditions of Release  IT IS SO ORDERED.

Defendant to remain in the custody of the Federal Detention Center

*Submitted by: BA, Courtroom Manager*