FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 21, 2020, 3:59 pm
Michelle Rynne, Clerk of Court

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | ) | CASE NUMBER | CR 19-00099 DKW-10 |
|---|---|---|---|
| | ) | | |
| vs | ) | ABSTRACT OF RELEASE | |
| | ) | | |
| Hunter J. Wilson | ) | | |
| | ) | | |

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of __July 21, 2020__ the Court entered the following order:

____ Defendant to be released from custody forthwith

    ____ Released to / continued on pretrial release

    ____ Sentenced to time served

    ____ Case Dismissed

    ____ Released to / continued on supervised probation / unsupervised probation

    ____ Released to / continued on supervised release

__X__ Defendant to be released once bond conditions are met.  As conditions have been met effective __July 23, 2020__, defendant to be released forthwith.

____ Bench warrant recalled

____ Other: _____

Michelle Rynne, Clerk of Court

by:  /s/ EA,           Deputy Clerk