Schlueter, Kwiat & Kennedy LLLP

MICHAEL H. SCHLUETER 8534
JASON R. KWIAT          9188
ANDREW M. KENNEDY  9734
75-167 Kalani Street, Suite 201
Kailua-Kona, Hawaii 96740
Tel. No. (808) 987-7275
Fax No. (808) 443-0339
andrew@kona-lawyer.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:19-cr-00099-DKW-10 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | MODIFYING DEFENDANT'S |
| vs. | ) | CONDITIONS OF RELEASE |
| | ) | |
| HUNTER WILSON (10), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND ORDER MODIFYING DEFENDANT'S
CONDITIONS OF RELEASE**

WHEREAS Defendant appeared telephonically before this Honorable Court on July 21, 2020 for a detention hearing;

WHEREAS on July 21, 2020, the Court set forth conditions of Defendant's release;

WHEREAS Pretrial Services is supportive of Defendant's request to move to a location approved by pretrial services that is not on the island of Oahu.

WHEREAS good and sufficient cause being shown,

IT IS, THEREFORE, hereby stipulated and agreed that Defendant's Order Setting Conditions of Release be modified as follows:

**ADD:**

(7h1) Travel is restricted to the State of Hawaii; inter-island travel must be approved in advance by Pretrial Services.

(7t1) Do not consume any alcoholic beverages or products containing alcohol while on bond.

Other Conditions: Pretrial Services is authorized to allow the defendant to move from the transitional housing at Makana O Ke Akau (MOKA) to the island of Hawaii upon confirmation of his travel arrangements and as approved by Pretrial Services.

**DELETE:**

(7h3) Travel is restricted to: the island of Oahu.

(7t2) Do not consume any alcoholic beverages or products containing alcohol while at the halfwayhouse/treatment program, as prohibited by program rules. No alcohol use while residing at MOKA House.

You must reside at the Makana O Ke Akua, Inc. (MOKA) housing. You are required to abide by all of the rules of the MOKA House program.

Release is delayed pending bed space availability at Makana O Ke Akua (MOKA) House and the installation of GPS equipment.

The Federal Detention Center - Honolulu is authorized to release the defendant from custody upon written notice by the Pretrial Services Office that the conditions of release have been satisfied.

*All other conditions of pretrial release remain in full effect.

    IT IS SO STIPULATED

Dated, Honolulu, Hawaii, November 19, 2020

    KENJI PRICE
    First Assistant U.S. Attorney
    District of Hawaii

    /s/ Mark A. Inciong
    MARK A. INCIONG
    Assistant U.S. Attorney

Dated, Honolulu, Hawaii, November 19, 2020

    /s/ Erik Iverson
    ERIK IVERSON
    United States Pretrial Services Officer
    United States Pretrial Services Office
    U.S. District Court - District of Hawaii

Dated, Kailua-Kona, Hawaii, November 19, 2020

    /s/ Andrew M. Kennedy
ANDREW M. KENNEDY
Attorney for Defendant, Hunter Wilson

IT IS SO APPROVED AND ORDERED:

Dated, Honolulu, Hawaii, November 20, 2020.



    /s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

_____
United States of America v. HUNTER WILSON (10), ;  1:19-cr-00099-DKW-10
STIPULATION AND ORDER MODIFYING DEFENDANT'S CONDITIONS OF RELEASE