PS8 HIPS-SUP-L-PETITN-01 (06.12)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

U.S.A. vs. Hunter J. Wilson                                        CR 19-00099DKW-KJM-10

Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Iverson, U.S. Pretrial Services Officer Specialist, presenting an official report upon the conduct of defendant HUNTER J. WILSON, who was placed under pretrial release supervision by the Honorable Kenneth J. Mansfield sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since July 23, 2020. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

>Pursuant to 18 U.S.C. § 3142(c)(3), Pretrial Services is submitting this report to request that the Court review the release order.
>
>That the defendant's conditions of pretrial release be modified as follows:
>
>**DELETE:**
>
>7.  (7p2) Comply with the Location Monitoring program under the direction of Pretrial Services. The Court authorizes release under the HOME DETENTION restriction which restricts you to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities pre-approved by Pretrial Services. Pretrial Services is authorized to conduct the initial home installation on a delayed basis.
>
>**ADD:**
>
>•  (7p3) Comply with the Location Monitoring program under the direction of Pretrial Services. The Court authorizes release under the CURFEW restriction. Unless otherwise ordered in Special Condition (7o), you are restricted to your residence during the curfew hours as determined by Pretrial Services.

PRAYING THAT THE COURT WILL ORDER the aforementioned modification of pretrial release.

RE: U.S.A. vs. Hunter J. Wilson  
CR 19-00099DKW-KJM-10

January 15, 2021  
Page 2

Petition for Action on Conditions of Pretrial Release

ORDER OF COURT

Considered and ordered this 15th day of January, 2021 and ordered filed and made a part of the records in the above case.



_____  
Wes Reber Porter  
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 15, 2021

_____  
ERIK IVERSON  
U.S. Pretrial Services Officer Specialist

Place: Honolulu, Hawaii