Schlueter, Kwiat & Kennedy LLLP

MICHAEL H. SCHLUETER 8534
JASON R. KWIAT 9188
ANDREW M. KENNEDY 9734
75-167 Kalani Street, Suite 201
Kailua-Kona, Hawaii 96740
Tel. No. (808) 987-7275
Fax No. (808) 443-0339
andrew@kona-lawyer.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 19-00099 DKW-KJM |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| vs. | ) MODIFYING DEFENDANT'S |
| | ) CONDITIONS OF RELEASE - |
| HUNTER J. WILSON (10), | ) AS TO DEFENDANT HUNTER |
| | ) J. WILSON(10) |
| Defendant. | ) |

**STIPULATION AND ORDER MODIFYING DEFENDANT'S CONDITIONS OF RELEASE - AS TO DEFENDANT HUNTER J. WILSON(10)**

This stipulation is entered into by the United States of America and Defendant Hunter Wilson (10), to allow Defendant to be away from his residence between 5:30 am on Saturday, July 30, 2021, and 10:00 p.m. on Sunday, July 31, 2022. Defendant is to abide by curfew times established by pretrial services.

This stipulation is based on the following:

WHEREAS Defendant appeared telephonically before this Honorable Court on July 21, 2020 for a detention hearing;

WHEREAS on July 21, 2020, the Court set forth conditions of Defendant's release;

WHEREAS Defendant has remained under the supervision of Pretrial Services since the setting forth of his conditions of release;

WHEREAS Pretrial Services is supportive of Defendant's request to be away from his residence between 5:30 am on Saturday, July 30, 2022, and 10:00 p.m. on Sunday, July 31, 2022. During this period, Defendant would be staying at the Ala Moana Hotel with his family, to include his 3 sisters, his mother, his 3 nieces and his nephew for the purposes of celebrating his niece's birthday. Defendant is to abide by curfew times established by pretrial services.

WHEREAS good and sufficient cause being shown,

IT IS, THEREFORE, hereby stipulated and agreed that Defendant's Order Setting Conditions of Release be modified as follows:

IT IS SO STIPULATED

DATED: Honolulu, Hawaii, July 27, 2022.

AGREED:

CLARE E. CONNORS
United States Attorney
District of Hawaii
/s/ Mark A. Inciong
MARK A. INCIONG
Assistant U.S. Attorney

/s/ David Kahunahana
DAVID KAHUNAHANA
United States Pretrial Services Officer
United States Pretrial Services Office
U.S. District Court - District of Hawaii

/s/ Andrew M. Kennedy
ANDREW M. KENNEDY
Attorney for Defendant

IT IS SO APPROVED AND ORDERED:

Dated: July 29, 2022 at Honolulu, Hawaii.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

Derrick K. Watson
United States District Judge

United States of America v. HUNTER WILSON (10) ; 1:19-cr-00099-DKW-10
STIPULATION AND ORDER MODIFYING DEFENDANT'S CONDITIONS OF RELEASE